# Exhibit 8

## U.S. Patent No. 8,554,196 ("'196 Patent")

Accused Instrumentalities: cellular handsets that support wifi-only automatic updates, including without limitation the Apple iPhone 12, iPhone 12 mini, iPhone 12 Pro, iPhone 12 Pro Max, iPhone 13, iPhone 13 mini, iPhone 13 Pro, iPhone 13 Pro Max, iPhone 14, iPhone 14 Plus, iPhone 14 Pro, and iPhone 14 Pro Max and Samsung Galaxy S20 FE, Galaxy S21, Galaxy S21 FE, Galaxy S21 Ultra, Galaxy S22, Galaxy S22+, Galaxy S22 Ultra, Galaxy Z Flip3, Galaxy Z Flip4, Galaxy Z Fold3, Galaxy Z Fold4, Galaxy A52, Galaxy A53, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 23**

| Claim 23 | Accused Products |
|---|---|
| [23pre]. A method for a device to receive data updates comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed method. <br><br> For example, the Accused Product practices the claimed method on a device receiving data updates. <br><br> *See, e.g.*: <br><br> <br><br> Update Play Store and Galaxy Store apps on the phone <br><br> Sometimes app developers will release updates to fix bugs, make improvements, or just give a general tune-up. Keeping your apps updated is the best way to make sure you always have the latest features and the best performance. You don't have to worry about keeping track of updates for every single app on your phone, however. You can turn on auto-updates and let it do it for you. <br><br> https://www.samsung.com/us/support/answer/ANS00080581/. |

| Claim 23 | Accused Products |
|---|---|
| |  **Turn on automatic updates in the Galaxy Store**<br><br>When apps update automatically, you won't have to give updating them a second thought. Follow these steps to turn on Auto Updates in the Galaxy Store:<br><br>Open **Galaxy Store**, and then tap the **Menu** icon (the three horizontal lines), in the bottom right corner. Tap the **Settings** icon (it looks like a gear), and then tap **Auto update apps**. Select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/.<br><br>**Turn On Auto Update in Play Store**<br><br>Let the Play Store take care of updates automatically so you don't have to worry about it.<br><br>1. Open the **Play Store**, and then tap your profile picture.<br>2. Tap **Settings**, and then tap **Network preferences**.<br>3. Tap **Auto-update apps**, and then select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/. |

You can also ensure your phone gets automatic software updates by following these simple steps.

1. Go to **Settings**

2. Scroll down and tap **Software update**

3. Make sure the **Auto download over Wi-Fi** option is turned on



| Claim 23 | Accused Products |
|---|---|
| | https://www.androidpolice.com/how-to-check-for-software-updates-on-samsung-galaxy/<br><br>## Update iPhone automatically<br><br>If you didn't turn on automatic updates when you first set up your iPhone, do the following:<br><br>1. Go to Settings ⚙ > General > Software Update > Automatic Updates.<br><br>2. Turn on Download iOS Updates and Install iOS Updates.<br><br>When an update is available, iPhone downloads and installs the update overnight while charging and connected to Wi-Fi. You're notified before an update is installed.<br><br>https://support.apple.com/guide/iphone/update-ios-iph3e504502/16.0/ios/16.0 |

| Claim 23 | Accused Products |
|---|---|
|  | ## Change your App Store settings<br><br>Go to Settings ⚙ > App Store, then do any of the following:<br><br>• *Automatically download apps purchased on your other Apple devices:* Below Automatic Downloads, turn on App Downloads.<br><br>• *Automatically update apps:* Turn on App Updates.<br><br>• *Download extra app content in the background:* Turn on In-App Content to download content before you first open an app.<br><br>• *Allow app downloads to use cellular data:* Below Cellular Data, turn on Automatic Downloads. To choose whether you want to be asked for permission for downloads over 200 MB or all apps, tap App Downloads.<br><br>• *Automatically play app preview videos:* Turn on Video Autoplay.<br><br>• *Automatically remove unused apps:* Turn on Offload Unused Apps. You can reinstall an app at any time if it's still available in the App Store.<br><br>https://support.apple.com/guide/iphone/manage-purchases-subscriptions-settings-iph3dfd91de/16.0/ios/16.0<br><br>Automatic app updates are nice, it gives users the option to let apps update automatically in the background without needing to do anything. However, this can be a little bit much, especially over cellular, for users who have limited data plans or data caps.<br><br>As with most other things, Apple has a way to limit automatic app updates to Wi-Fi only, letting users with more aggressive data plans to preserve their pool of data while on the go.<br><br>https://9to5mac.com/2018/08/06/iphone-ipad-how-to-turn-off-automatic-app-updates-over-cellular-data/ |

| Claim 23 | Accused Products |
|---|---|
| [23a] cycling over time through an update sequence that includes: | Each Accused Product practices cycling over time through an update sequence.<br> |

| Claim 23 | Accused Products |
|---|---|
| | https://www.samsung.com/us/support/answer/ANS00080581/. <br><br> **Turn On Auto Update in Play Store** <br><br> Let the Play Store take care of updates automatically so you don't have to worry about it. <br><br> 1. Open the **Play Store**, and then tap your profile picture. <br> 2. Tap **Settings**, and then tap **Network preferences**. <br> 3. Tap **Auto-update apps**, and then select your desired setting. <br><br> <br><br> https://www.samsung.com/us/support/answer/ANS00080581/. |

You can also ensure your phone gets automatic software updates by following these simple steps.

1. Go to **Settings**

2. Scroll down and tap **Software update**

3. Make sure the **Auto download over Wi-Fi** option is turned on



| Claim 23 | Accused Products |
|---|---|
| | https://www.androidpolice.com/how-to-check-for-software-updates-on-samsung-galaxy/ <br><br> ## Update iPhone automatically <br><br> If you didn't turn on automatic updates when you first set up your iPhone, do the following: <br><br> 1. Go to Settings ⚙ > General > Software Update > Automatic Updates. <br><br> 2. Turn on Download iOS Updates and Install iOS Updates. <br><br> When an update is available, iPhone downloads and installs the update overnight while charging and connected to Wi-Fi. You're notified before an update is installed. <br><br> https://support.apple.com/guide/iphone/update-ios-iph3e504502/16.0/ios/16.0 |

| Claim 23 | Accused Products |
|---|---|
| | ## Change your App Store settings<br><br>Go to Settings ⚙ > App Store, then do any of the following:<br><br>- *Automatically download apps purchased on your other Apple devices:* Below Automatic Downloads, turn on App Downloads.<br><br>- *Automatically update apps:* Turn on App Updates.<br><br>- *Download extra app content in the background:* Turn on In-App Content to download content before you first open an app.<br><br>- *Allow app downloads to use cellular data:* Below Cellular Data, turn on Automatic Downloads. To choose whether you want to be asked for permission for downloads over 200 MB or all apps, tap App Downloads.<br><br>- *Automatically play app preview videos:* Turn on Video Autoplay.<br><br>- *Automatically remove unused apps:* Turn on Offload Unused Apps. You can reinstall an app at any time if it's still available in the App Store.<br><br>https://support.apple.com/guide/iphone/manage-purchases-subscriptions-settings-iph3dfd91de/16.0/ios/16.0<br><br>Automatic app updates are nice, it gives users the option to let apps update automatically in the background without needing to do anything. However, this can be a little bit much, especially over cellular, for users who have limited data plans or data caps.<br><br>As with most other things, Apple has a way to limit automatic app updates to Wi-Fi only, letting users with more aggressive data plans to preserve their pool of data while on the go.<br><br>https://9to5mac.com/2018/08/06/iphone-ipad-how-to-turn-off-automatic-app-updates-over-cellular-data/ |

10

| Claim 23 | Accused Products |
|---|---|
| [23b] deferring, during coverage by a first network, data updates for the device; | Each Accused Product practices deferring, during coverage by a first network, data updates for the device. <br><br> **Update Play Store and Galaxy Store apps on the phone**    Explore   Support   For Business <br><br> <br><br> Sometimes app developers will release updates to fix bugs, make improvements, or just give a general tune-up. Keeping your apps updated is the best way to make sure you always have the latest features and the best performance. You don't have to worry about keeping track of updates for every single app on your phone, however. You can turn on auto-updates and let it do it for you. <br><br> https://www.samsung.com/us/support/answer/ANS00080581/. |

11

| Claim 23 | Accused Products |
|---|---|
| | **Turn on automatic updates in the Galaxy Store**<br><br>When apps update automatically, you won't have to give updating them a second thought. Follow these steps to turn on Auto Updates in the Galaxy Store:<br><br>Open **Galaxy Store**, and then tap the **Menu** icon (the three horizontal lines), in the bottom right corner. Tap the **Settings** icon (it looks like a gear), and then tap **Auto update apps**. Select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/.<br><br>**Turn On Auto Update in Play Store**<br><br>Let the Play Store take care of updates automatically so you don't have to worry about it.<br><br>1. Open the **Play Store**, and then tap your profile picture.<br>2. Tap **Settings**, and then tap **Network preferences**.<br>3. Tap **Auto-update apps**, and then select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/. |

| Claim 23 | Accused Products |
|---|---|
| | Prevent additional data charges by disabling auto updates over your mobile network. Your apps will only update when connected to a Wi-Fi network. Follow these steps to find out how to change settings for app updates.<br><br>https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10<br><br>**7**    To only allow application updates via Wi-Fi, check **Over Wi-Fi only**. Choose **DONE**.<br><br>https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10<br><br>**8**    Application updates will only be performed via Wi-Fi. Return to the Home screen.<br><br>https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10 |

You can also ensure your phone gets automatic software updates by following these simple steps.

1. Go to **Settings**

2. Scroll down and tap **Software update**

3. Make sure the **Auto download over Wi-Fi** option is turned on



| Claim 23 | Accused Products |
|---|---|
| | https://www.androidpolice.com/how-to-check-for-software-updates-on-samsung-galaxy/<br><br>## Update iPhone automatically<br><br>If you didn't turn on automatic updates when you first set up your iPhone, do the following:<br><br>1. Go to Settings ⚙ > General > Software Update > Automatic Updates.<br><br>2. Turn on Download iOS Updates and Install iOS Updates.<br><br>When an update is available, iPhone downloads and installs the update overnight while charging and connected to Wi-Fi. You're notified before an update is installed.<br><br>https://support.apple.com/guide/iphone/update-ios-iph3e504502/16.0/ios/16.0 |

| Claim 23 | Accused Products |
|---|---|
| | ## Change your App Store settings<br><br>Go to Settings ⚙ > App Store, then do any of the following:<br><br>• *Automatically download apps purchased on your other Apple devices:* Below Automatic Downloads, turn on App Downloads.<br><br>• *Automatically update apps:* Turn on App Updates.<br><br>• *Download extra app content in the background:* Turn on In-App Content to download content before you first open an app.<br><br>• *Allow app downloads to use cellular data:* Below Cellular Data, turn on Automatic Downloads. To choose whether you want to be asked for permission for downloads over 200 MB or all apps, tap App Downloads.<br><br>• *Automatically play app preview videos:* Turn on Video Autoplay.<br><br>• *Automatically remove unused apps:* Turn on Offload Unused Apps. You can reinstall an app at any time if it's still available in the App Store.<br><br>https://support.apple.com/guide/iphone/manage-purchases-subscriptions-settings-iph3dfd91de/16.0/ios/16.0<br><br>Automatic app updates are nice, it gives users the option to let apps update automatically in the background without needing to do anything. However, this can be a little bit much, especially over cellular, for users who have limited data plans or data caps.<br><br>As with most other things, Apple has a way to limit automatic app updates to Wi-Fi only, letting users with more aggressive data plans to preserve their pool of data while on the go.<br><br>https://9to5mac.com/2018/08/06/iphone-ipad-how-to-turn-off-automatic-app-updates-over-cellular-data/ |

| Claim 23 | Accused Products |
|---|---|
| [23c] transmitting a data update request in response to coverage by a second network, | Each Accused Product practices transmitting a data update request in response to coverage by a second network. <br><br> **Update Play Store and Galaxy Store apps on the phone**  Explore  Support  For Business <br><br> <br><br> Sometimes app developers will release updates to fix bugs, make improvements, or just give a general tune-up. Keeping your apps updated is the best way to make sure you always have the latest features and the best performance. You don't have to worry about keeping track of updates for every single app on your phone, however. You can turn on auto-updates and let it do it for you. <br><br> https://www.samsung.com/us/support/answer/ANS00080581/. |

| Claim 23 | Accused Products |
|----------|------------------|
| |  **Turn on automatic updates in the Galaxy Store**<br><br>When apps update automatically, you won't have to give updating them a second thought. Follow these steps to turn on Auto Updates in the Galaxy Store:<br><br>Open **Galaxy Store**, and then tap the **Menu** icon (the three horizontal lines), in the bottom right corner. Tap the **Settings** icon (it looks like a gear), and then tap **Auto update apps**. Select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/.<br><br>**Turn On Auto Update in Play Store**<br><br>Let the Play Store take care of updates automatically so you don't have to worry about it.<br><br>1. Open the **Play Store**, and then tap your profile picture.<br>2. Tap **Settings**, and then tap **Network preferences**.<br>3. Tap **Auto-update apps**, and then select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/. |

| Claim 23 | Accused Products |
|----------|------------------|
|  | Prevent additional data charges by disabling auto updates over your mobile network. Your apps will only update when connected to a Wi-Fi network. Follow these steps to find out how to change settings for app updates. <br><br> https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10 <br><br> **7**　To only allow application updates via Wi-Fi, check **Over Wi-Fi only**. Choose **DONE**. <br><br> https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10 <br><br> **8**　Application updates will only be performed via Wi-Fi. Return to the Home screen. <br><br> https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10 |

You can also ensure your phone gets automatic software updates by following these simple steps.

1. Go to **Settings**

2. Scroll down and tap **Software update**

3. Make sure the **Auto download over Wi-Fi** option is turned on



| Claim 23 | Accused Products |
|---|---|
| | https://www.androidpolice.com/how-to-check-for-software-updates-on-samsung-galaxy/<br><br>## Update iPhone automatically<br><br>If you didn't turn on automatic updates when you first set up your iPhone, do the following:<br><br>1. Go to Settings ⚙ > General > Software Update > Automatic Updates.<br><br>2. Turn on Download iOS Updates and Install iOS Updates.<br><br>When an update is available, iPhone downloads and installs the update overnight while charging and connected to Wi-Fi. You're notified before an update is installed.<br><br>https://support.apple.com/guide/iphone/update-ios-iph3e504502/16.0/ios/16.0 |

| Claim 23 | Accused Products |
|---|---|
| | ## Change your App Store settings<br><br>Go to Settings ⚙ > App Store, then do any of the following:<br><br>• *Automatically download apps purchased on your other Apple devices:* Below Automatic Downloads, turn on App Downloads.<br><br>• *Automatically update apps:* Turn on App Updates.<br><br>• *Download extra app content in the background:* Turn on In-App Content to download content before you first open an app.<br><br>• *Allow app downloads to use cellular data:* Below Cellular Data, turn on Automatic Downloads. To choose whether you want to be asked for permission for downloads over 200 MB or all apps, tap App Downloads.<br><br>• *Automatically play app preview videos:* Turn on Video Autoplay.<br><br>• *Automatically remove unused apps:* Turn on Offload Unused Apps. You can reinstall an app at any time if it's still available in the App Store.<br><br>https://support.apple.com/guide/iphone/manage-purchases-subscriptions-settings-iph3dfd91de/16.0/ios/16.0<br><br>Automatic app updates are nice, it gives users the option to let apps update automatically in the background without needing to do anything. However, this can be a little bit much, especially over cellular, for users who have limited data plans or data caps.<br><br>As with most other things, Apple has a way to limit automatic app updates to Wi-Fi only, letting users with more aggressive data plans to preserve their pool of data while on the go.<br><br>https://9to5mac.com/2018/08/06/iphone-ipad-how-to-turn-off-automatic-app-updates-over-cellular-data/ |

| Claim 23 | Accused Products |
|---|---|
| [23d] wherein the second network is a more capable network than the first network; and | Each Accused Product practices transmitting a data update request in response to coverage by a second network wherein the second network is a more capable network than the first network.<br><br><br><br>https://www.samsung.com/us/support/answer/ANS00080581/. |

| Claim 23 | Accused Products |
|---|---|
| |  |

**Turn on automatic updates in the Galaxy Store**

When apps update automatically, you won't have to give updating them a second thought. Follow these steps to turn on Auto Updates in the Galaxy Store:

Open **Galaxy Store**, and then tap the **Menu** icon (the three horizontal lines), in the bottom right corner. Tap the **Settings** icon (it looks like a gear), and then tap **Auto update apps**. Select your desired setting.

https://www.samsung.com/us/support/answer/ANS00080581/.

**Turn On Auto Update in Play Store**

Let the Play Store take care of updates automatically so you don't have to worry about it.

1. Open the **Play Store**, and then tap your profile picture.
2. Tap **Settings**, and then tap **Network preferences**.
3. Tap **Auto-update apps**, and then select your desired setting.

https://www.samsung.com/us/support/answer/ANS00080581/.

24

You can also ensure your phone gets automatic software updates by following these simple steps.

1. Go to **Settings**

2. Scroll down and tap **Software update**

3. Make sure the **Auto download over Wi-Fi** option is turned on



3 Images

| Claim 23 | Accused Products |
|---|---|
| | https://www.androidpolice.com/how-to-check-for-software-updates-on-samsung-galaxy/<br><br>## Update iPhone automatically<br><br>If you didn't turn on automatic updates when you first set up your iPhone, do the following:<br><br>1. Go to Settings ⚙ > General > Software Update > Automatic Updates.<br><br>2. Turn on Download iOS Updates and Install iOS Updates.<br><br>When an update is available, iPhone downloads and installs the update overnight while charging and connected to Wi-Fi. You're notified before an update is installed.<br><br>https://support.apple.com/guide/iphone/update-ios-iph3e504502/16.0/ios/16.0 |

| Claim 23 | Accused Products |
|---|---|
| | ## Change your App Store settings<br><br>Go to Settings ⚙ > App Store, then do any of the following:<br><br>• *Automatically download apps purchased on your other Apple devices:* Below Automatic Downloads, turn on App Downloads.<br><br>• *Automatically update apps:* Turn on App Updates.<br><br>• *Download extra app content in the background:* Turn on In-App Content to download content before you first open an app.<br><br>• *Allow app downloads to use cellular data:* Below Cellular Data, turn on Automatic Downloads. To choose whether you want to be asked for permission for downloads over 200 MB or all apps, tap App Downloads.<br><br>• *Automatically play app preview videos:* Turn on Video Autoplay.<br><br>• *Automatically remove unused apps:* Turn on Offload Unused Apps. You can reinstall an app at any time if it's still available in the App Store.<br><br>https://support.apple.com/guide/iphone/manage-purchases-subscriptions-settings-iph3dfd91de/16.0/ios/16.0<br><br>Automatic app updates are nice, it gives users the option to let apps update automatically in the background without needing to do anything. However, this can be a little bit much, especially over cellular, for users who have limited data plans or data caps.<br><br>As with most other things, Apple has a way to limit automatic app updates to Wi-Fi only, letting users with more aggressive data plans to preserve their pool of data while on the go.<br><br>https://9to5mac.com/2018/08/06/iphone-ipad-how-to-turn-off-automatic-app-updates-over-cellular-data/ |

| Claim 23 | Accused Products |
|---|---|
|  | **Smartphone and tablet users prefer using Wi-Fi over cellular connections, and consider Wi-Fi cheaper, faster, easier to use, more reliable and, even, slightly more secure than cellular.**<br><br>https://www.computerworld.com/article/2506011/mobile-users-prefer-wi-fi-over-cellular-for-lower-cost--speed--reliability.html |
| [23e] receiving, during the second coverage configuration, a data update. | Each Accused Product practices receiving, during the second coverage configuration, a data update.<br><br>**Update Play Store and Galaxy Store apps on the phone**     Explore  Support  For Business   🔍 🛒 👤<br><br><br><br>Sometimes app developers will release updates to fix bugs, make improvements, or just give a general tune-up. Keeping your apps updated is the best way to make sure you always have the latest features and the best performance. You don't have to worry about keeping track of updates for every single app on your phone, however. You can turn on auto-updates and let it do it for you.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/. |

| Claim 23 | Accused Products |
|---|---|
| |  **Turn on automatic updates in the Galaxy Store**<br><br>When apps update automatically, you won't have to give updating them a second thought. Follow these steps to turn on Auto Updates in the Galaxy Store:<br><br>Open **Galaxy Store**, and then tap the **Menu** icon (the three horizontal lines), in the bottom right corner. Tap the **Settings** icon (it looks like a gear), and then tap **Auto update apps**. Select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/.<br><br>**Turn On Auto Update in Play Store**<br><br>Let the Play Store take care of updates automatically so you don't have to worry about it.<br><br>1. Open the **Play Store**, and then tap your profile picture.<br>2. Tap **Settings**, and then tap **Network preferences**.<br>3. Tap **Auto-update apps**, and then select your desired setting.<br><br>https://www.samsung.com/us/support/answer/ANS00080581/. |

You can also ensure your phone gets automatic software updates by following these simple steps.

1. Go to **Settings**

2. Scroll down and tap **Software update**

3. Make sure the **Auto download over Wi-Fi** option is turned on



3 Images

| Claim 23 | Accused Products |
|---|---|
| | https://www.androidpolice.com/how-to-check-for-software-updates-on-samsung-galaxy/<br><br>Prevent additional data charges by disabling auto updates over your mobile network. Your apps will only update when connected to a Wi-Fi network. Follow these steps to find out how to change settings for app updates.<br><br>https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10<br><br>**7**　To only allow application updates via Wi-Fi, check **Over Wi-Fi only**. Choose **DONE**.<br><br>https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10<br><br>**8**　Application updates will only be performed via Wi-Fi. Return to the Home screen.<br><br>https://www.t-mobile.com/support/tutorials/topic/apps-amp-accessories/how-to-turn-on-off-automatic-updates/device/samsung/galaxy-s10 |

| Claim 23 | Accused Products |
|---|---|
| | ## Update iPhone automatically<br><br>If you didn't turn on automatic updates when you first set up your iPhone, do the following:<br><br>1. Go to Settings ⚙ > General > Software Update > Automatic Updates.<br><br>2. Turn on Download iOS Updates and Install iOS Updates.<br><br>When an update is available, iPhone downloads and installs the update overnight while charging and connected to Wi-Fi. You're notified before an update is installed.<br><br>https://support.apple.com/guide/iphone/update-ios-iph3e504502/16.0/ios/16.0<br><br>## Change your App Store settings<br><br>Go to Settings ⚙ > App Store, then do any of the following:<br><br>• *Automatically download apps purchased on your other Apple devices:* Below Automatic Downloads, turn on App Downloads.<br><br>• *Automatically update apps:* Turn on App Updates.<br><br>• *Download extra app content in the background:* Turn on In-App Content to download content before you first open an app.<br><br>• *Allow app downloads to use cellular data:* Below Cellular Data, turn on Automatic Downloads. To choose whether you want to be asked for permission for downloads over 200 MB or all apps, tap App Downloads.<br><br>• *Automatically play app preview videos:* Turn on Video Autoplay.<br><br>• *Automatically remove unused apps:* Turn on Offload Unused Apps. You can reinstall an app at any time if it's still available in the App Store. |

| Claim 23 | Accused Products |
|---|---|
| | https://support.apple.com/guide/iphone/manage-purchases-subscriptions-settings-iph3dfd91de/16.0/ios/16.0<br><br>Automatic app updates are nice, it gives users the option to let apps update automatically in the background without needing to do anything. However, this can be a little bit much, especially over cellular, for users who have limited data plans or data caps.<br><br>As with most other things, Apple has a way to limit automatic app updates to Wi-Fi only, letting users with more aggressive data plans to preserve their pool of data while on the go.<br><br>https://9to5mac.com/2018/08/06/iphone-ipad-how-to-turn-off-automatic-app-updates-over-cellular-data/ |