| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  *Telephone No:*  310-826-7474<br><br>  *Attorney For:*  Plaintiff   *Ref. No. or File No.:* Wireless, LLC v AT&T Inc | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | |
| *Plaintiff:* COBBLESTONE WIRELESS, LLC<br>*Defendant:* AT&T INC.; ET AL | |
| **PROOF OF SERVICE**   *Hearing Date:*   *Time:*   *Dept/Div:*   *Case Number:* 2:22-cv-00474 | |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch,)

3. a. Party served:   AT&T CORP
   b. Person served:   Kartik Pandya, Intake Specialist, CT Corporation System, Registered Agent
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   28 Liberty St, New York, NY 10005

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 20 2022 (2) at: 02:16 PM

6. **Person Who Served Papers:**
   a. Dondre Dennis #2082979
   **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $377.10
   e. Lexitas
      1235 Broadway 2nd floor
      NY. NY 10001

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

               12/20/2022  *22*
                 (Date)                    (Signature)



PROOF OF
SERVICE

8104654
(5176503)