| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Wireless, LLC v AT&T Inc | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| Plaintiff: COBBLESTONE WIRELESS, LLC<br>Defendant: AT&T INC.; ET AL | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-00474 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch, )

3. a. Party served: AT&T INC.
   b. Person served: George Martinez, Intake Specialist, CT Corporation, Registered Agent
      served under F.R.C.P. Rule 4.

4. Address where the party was served: 1999 Bryan St Suite 900, Dallas, TX 75201

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 19 2022 (2) at: 12:05 PM

6. Person Who Served Papers:
   a. Kim Shaw
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $377.10

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/19/2022
(Date)

(Signature)



PROOF OF SERVICE

8104661
(5176502)