| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>Wireless, LLC v AT&T Inc | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court for The Eastern District of Texas Marshall Division

Plaintiff: COBBLESTONE WIRELESS, LLC
Defendant: AT&T INC.; ET AL

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-00474 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch,)

3. a. Party served: AT&T MOBILITY LLC
   b. Person served: Nadia Bellamy, Intake Specialist, The Corporation Trust Company, Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 1209 Orange St, Wilmington, DE 19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 19, 2022 (2) at: 08:45 AM

6. Person Who Served Papers:
   a. Robert Smith
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $377.10

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/26/22
(Date)

(Signature)



PROOF OF SERVICE

8104668
(5176505)