| | |
|---|---|
| **Attorney or Party without Attorney:** Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>**Attorney For:** Plaintiff | **For Court Use Only** |
| **Ref. No. or File No.:** Wireless, LLC v AT&T Inc | |

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

**Plaintiff:** COBBLESTONE WIRELESS, LLC
**Defendant:** AT&T INC.; ET AL

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:22-cv-00474 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment; Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (ch, )

3. a. Party served: AT&T SERVICES INC.
   b. Person served: George Martinez, Intake Specialist, CT Corporation, Registered Agent served under F.R.C.P. Rule 4.

4. Address where the party was served: 1999 Bryan St Suite 900, Dallas, TX 75201

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 19 2022 (2) at: 12:05 PM

6. **Person Who Served Papers:**
   a. Kim Shaw
   b. FIRST LEGAL
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. The Fee for Service was: $235.85

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/19/2022
(Date)

_Kim Shaw_
(Signature)



PROOF OF SERVICE

8104673
(5176506)