UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br>   *Plaintiff*, <br><br> v. <br><br> AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. <br><br>   *Defendants*. | § § § § § § § § § § § § § § § Case No. 2:22-cv-00474 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO AT&T INC.

Pursuant to Federal Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. submit the following Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. All other Defendants, including AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (collectively, "AT&T"), remain pending in this case. Accordingly, Cobblestone, AT&T Inc., and AT&T, by and through undersigned counsel, hereby file this stipulation of dismissal without prejudice as to AT&T Inc., which stipulation is self-executing and therefore serves to dismiss AT&T Inc. from this action, without prejudice and without costs.

| | |
|---|---|
| DATED: February 23, 2023 <br><br> Russ August & Kabat <br><br> BY: */s/ Reza Mirzaie* <br><br> Reza Mirzaie <br> CA State Bar No. 246953 <br> Marc A. Fenster <br> CA State Bar No. 181067 <br> Neil A. Rubin | DATED: February 23, 2023 <br><br> Alston & Bird LLP <br><br> BY: */s/ David S. Frist* <br>    Theodore Stevenson (TX Bar No. 19196650) <br>    ted.stevenson@alston.com <br> ALSTON& BIRD LLP <br> 2200 Ross Avenue, Suite 2300 <br> Dallas, TX 75201 <br> Phone: (214) 922-3400 <br> Fax: (214) 922-3899 |

-2-

CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF, COBBLESTONE WIRELESS, LLC**

Ross Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

John D. Haynes (GA Bar No. 340599)
David S. Frist (GA Bar No. 205611)
Emily Welch (GA Bar No. 606071)
Michael C. Deane (GA Bar No. 497195)
Sloane S. Kyrazis (GA Bar No. 878240)
  john.haynes@alston.com
  david.frist@alston.com
  emily.welch@alston.com
  michael.deane@alston.com
  sloane.kyrazis@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *David S. Frist*
David S. Frist (GA Bar No. 205611)
  david.frist@alston.com
ALSTON& BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777

*Counsel for Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*