-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00474-JRG-RSP |
| AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. | § § § § | |
| *Defendants*. | § § § § | |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Having reviewed the Stipulation of Dismissal Without Prejudice as to AT&T Inc. (the "Stipulation"), the Court **ORDERS** that all claims against Defendant AT&T Inc. are hereby **DISMISSED WITHOUT PREJUDICE**, in accordance with the Stipulation.