UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. <br><br> *Defendants.* | Case No. 2:22-cv-00474-JRG-RSP |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. ("Defendants")[1] provide the following disclosures:

AT&T Corp., a New York corporation, is a wholly-owned subsidiary of AT&T Inc.;

AT&T Mobility LLC, a Delaware limited liability company, is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc.; and New Cingular Wireless Services, Inc.

AT&T Services, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.

None of the foregoing companies other than AT&T Inc. is a publicly traded company.

All of the foregoing companies other than AT&T Inc. are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc. AT&T Inc. has no parent corporation.

---

[1] AT&T Inc. was also a named defendant in this case. AT&T Inc. and Plaintiff have, however, filed a joint stipulation pursuant to Fed. R. Civ. P. 41(a) dismissing AT&T Inc. As used herein, the terms "AT&T" and "Defendants" do not include AT&T Inc.

-2-

DATED:  February 23, 2023

        Respectfully submitted,

        Alston & Bird LLP


        BY: */s/ David S. Frist*
          Theodore Stevenson (TX Bar No. 19196650)
           ted.stevenson@alston.com
          ALSTON& BIRD LLP
          2200 Ross Avenue, Suite 2300
          Dallas, TX 75201
          Phone: (214) 922-3400
          Fax: (214) 922-3899

          Ross Barton (NC Bar No. 37179)
           ross.barton@alston.com
          ALSTON & BIRD LLP
          101 South Tryon Street
          Suite 4000
          Charlotte, NC 28280-4000
          Telephone: (704) 444-1000
          Facsimile: (704) 444-1111

          John D. Haynes (GA Bar No. 340599)
          David S. Frist (GA Bar No. 205611)
          Emily Welch (GA Bar No. 606071)
          Michael C. Deane (GA Bar No. 497195)
          Sloane S. Kyrazis (GA Bar No. 878240)
           john.haynes@alston.com
           david.frist@alston.com
           emily.welch@alston.com
           michael.deane@alston.com
           sloane.kyrazis@alston.com
          One Atlantic Center
          1201 West Peachtree Street
          Atlanta, GA 30309-3424
          Telephone: (404)-881-7000
          Facsimile: (404) 881-7777

        ***Attorneys for Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.***

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *David S. Frist*
David S. Frist (GA Bar No. 205611)
 david.frist@alston.com
ALSTON& BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777


*Counsel for Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*