# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| *Plaintiff*, | Case No. 2:22-cv-00474-JRG-RSP |
| V. | **JURY TRIAL DEMANDED** |
| AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.; | |
| *Defendants*. | |

### COBBLESTONE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") files this Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions.

The current deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 is February 28, 2023. The current deadline for AT&T to serve contentions pursuant to P.R. 3-3 & 3-4 is April 25, 2023. Cobblestone has been diligently preparing its materials and respectfully requests a brief extension of time in order to continue preparing its materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, Cobblestone respectfully requests that the Court extend the deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 to March 11, 2023 and the deadline for AT&T to serve contentions pursuant to P.R. 3-3 & 3-4 to May 9, 2023.

Dated: February 23, 2023                    Respectfully submitted,

                                            */s/ Reza Mirzaie*
                                            Reza Mirzaie

EAST\179319716.1

CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of February, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Reza Mirzaie*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing the Joint Motion to Extend Deadline to Submit Proposed Protective Order.

*/s/ Reza Mirzaie*
