IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| *Plaintiff*, | Case No. 2:22-cv-00474-JRG-RSP |
| V. | **JURY TRIAL DEMANDED** |
| AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.; | |
| *Defendants*. | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Pending before the Court is Cobblestone's Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. The Court, having considered the unopposed motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for Cobblestone to serve contentions pursuant to P.R. 3-1 & 3.2 is extended to March 11, 2023 and the deadline for AT&T to serve contentions pursuant to P.R. 3-3 & 3-4 is extended to May 9, 2023. All other deadlines shall remain in place absent further leave of Court.

1