IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | § |
| *Plaintiff,* | § § § |
| v. | § § Case No. 2:22-cv-00474-JRG-RSP |
| AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC, and AT&T CORP., | § § § § |
| *Defendants.* | § |

### ORDER

Before the Court is Plaintiff Cobblestone Wireless, LLC's Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions. **Dkt. No. 20**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Cobblestone to serve infringement contentions pursuant to P.R. 3-1 & 3.2 is extended to March 11, 2023, and the deadline for Defendants AT&T Inc., AT&T Services Inc., AT&T Mobility LLC, and AT&T Corp. to serve invalidity contentions pursuant to P.R. 3-3 & 3-4 is extended to May 9, 2023. All other deadlines remain unchanged.

**SIGNED this 24th day of February, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE