IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC, AT&T CORP.,<br><br>*Defendants*. | § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:22-CV-00474-JRG-RSP |

## ORDER

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. (the "Stipulation") filed by Plaintiff Cobblestone Wireless, LLC ("Plaintiff") and Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc. (Dkt. No. 16.) The parties stipulate that pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims against AT&T Inc. should be dismissed without prejudice. (*Id*. at 1.)

The Court **ACCEPTS AND ACKNOWLEDGES** the Stipulation. Accordingly, all pending claims in this case between Plaintiff and Defendant AT&T Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall maintain the above-captioned case as **OPEN** in light of the remaining parties and claims. The Clerk of Court is further **ORDERED** to remove AT&T Inc. from the case caption.

**So ORDERED and SIGNED this 27th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE