**IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00474-JRG-RSP |
| | § | |
| AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP. | § | |
| | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

<u>**NOTICE OF APPEARANCE OF ROSS R. BARTON**</u>

Notice is hereby given that the undersigned attorney, Ross R. Barton, enters his appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes Ross R. Barton their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Ross R. Barton at the address set forth below.

Dated:  March 6, 2023

Respectfully submitted,

<u>*/s/ Ross R. Barton*</u>
Ross R. Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ *Ross R. Barton*
Ross R. Barton (NC Bar No. 37179)
  ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Counsel for Defendants AT&T Services, Inc.,
AT&T Mobility LLC, and AT&T Corp.*