IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>AT&T INC.; AT&T SERVICES INC.; AT&T MOBILITY LLC; AND AT&T CORP.<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 2:22-cv-00474-JRG-RSP |

## NOTICE OF APPEARANCE OF MICHAEL C. DEANE

Notice is hereby given that the undersigned attorney, Michael C. Deane, enters his appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes Michael C. Deane their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Michael C. Deane at the address set forth below.

Dated:  March 6, 2023                        Respectfully submitted,

                                          */s/ Michael C. Deane*
                                          Michael C. Deane (GA Bar No. 497195)
                                            michael.deane@alston.com
                                          ALSTON & BIRD LLP
                                          1201 West Peachtree Street
                                          Suite 4900
                                          Atlanta, GA 30309
                                          Telephone: (404)881-7000
                                          Facsimile: (404)881-7777
                                          *Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*//s/ Michael C. Deane*
Michael C. Deane (GA Bar No. 497195)
    michael.deane@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*
