## IN THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,　§<br>　§<br>　　*Plaintiff*,　　　　　　　　§<br>　§<br>v.　　　　　　　　　　　　　　§<br>　§<br>AT&T INC.; AT&T SERVICES INC.; AT&T §<br>MOBILITY LLC; AND AT&T CORP.　§<br>　§<br>　　*Defendants*.　　　　　　　　§<br>　§<br>　§ | Case No. 2:22-cv-00474-JRG-RSP |

### NOTICE OF APPEARANCE OF JOHN D. HAYNES

Notice is hereby given that the undersigned attorney, John D. Haynes, enters his appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes John D. Haynes their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to John D. Haynes at the address set forth below.

Dated:  March 6, 2023                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John D. Haynes*
　　　　　　　　　　　　　　　　　　John D. Haynes (GA Bar No. 340599)
　　　　　　　　　　　　　　　　　　　john.haynes@alston.com
　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　Suite 4900
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　Telephone: (404)881-7000
　　　　　　　　　　　　　　　　　　Facsimile: (404)881-7777
　　　　　　　　　　　　　　　　　　*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/*/s/ John D. Haynes*
John D. Haynes (GA Bar No. 340599)
  John.haynes@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*