### IN THE UNITED STATES DISTRICT COURT
### FOR THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC.; AT&T SERVICES INC.; AT&T § <br> MOBILITY LLC; AND AT&T CORP. § <br> § <br> *Defendants*. § <br> § | Case No. 2:22-cv-00474-JRG-RSP |

### NOTICE OF APPEARANCE OF THEODORE STEVENSON

Notice is hereby given that the undersigned attorney, Theodore Stevenson, enters his appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes Theodore Stevenson their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Theodore Stevenson at the address set forth below.

Dated:  March 6, 2023

Respectfully submitted,

*/s/ Theodore Stevenson*
Theodore Stevenson (TX Bar No. 19196650)
  ted.stevenson@alston.com
ALSTON& BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

/s/ Theodore Stevenson
Theodore Stevenson (TX Bar No. 19196650)
  ted.stevenson@alston.com
ALSTON& BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*