## IN THE UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, §<br> §<br> *Plaintiff*, §<br> §<br>v. § Case No. 2:22-cv-00474-JRG-RSP<br> §<br>AT&T INC.; AT&T SERVICES INC.; AT&T §<br>MOBILITY LLC; AND AT&T CORP. §<br> §<br> *Defendants*. §<br> §<br> § | |

### NOTICE OF APPEARANCE OF EMILY WELCH

Notice is hereby given that the undersigned attorney, Emily Welch, enters her appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes Emily Welch their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Emily Welch at the address set forth below.

Dated: March 6, 2023

Respectfully submitted,

*/s/ Emily Welch*
Emily Welch (GA Bar No. 606071)
 Emily.welch@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

*/s/ Emily Welch*
Emily Welch (GA Bar No. 606071)
  Emily.welch@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*
