IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC.; AT&T SERVICES INC.; AT&T § <br> MOBILITY LLC; AND AT&T CORP. § <br> § <br> *Defendants*. § <br> § <br> § <br> § | Case No. 2:22-cv-00474-JRG-RSP |

### NOTICE OF APPEARANCE OF KATHERINE DONALD

Notice is hereby given that the undersigned attorney, Katherine Donald, enters her appearance in the above-referenced proceedings for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp. (collectively, "AT&T" or "Defendants"). Defendants respectfully request that the court take note of this Notice of Appearance and makes Katherine Donald their counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Katherine Donald at the address set forth below.

Dated:  March 13, 2023        Respectfully submitted,

*/s/ Katherine Donald*
Katherine Donald (GA Bar No. 753449)
   katie.donald@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.

//s/ Katherine Donald
Katherine Donald (GA Bar No. 753449)
Katie.donald@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404)881-7000
Facsimile: (404)881-7777
*Counsel for Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Corp.*