# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:22-cv-00477-JRG-RSP |
| T-MOBILE USA, INC., | § § | (Lead Case) |
| *Defendant*, | § § § | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § § § | |
| *Intervenors*. | § | |
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:22-cv-00474-JRG-RSP |
| AT&T SERVICES, INC.; AT&T MOBILITY LLC; AT&T CORP., | § § § | (Member Case) |
| *Defendants*, | § § § | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § § § | |
| *Intervenors*. | § § | |
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:22-cv-00478-JRG-RSP |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | § § § | (Member Case) |
| *Defendant*, | § § § | |
| ERICSSON INC. and NOKIA OF AMERICA CORP., | § § § | |
| *Intervenors*. | § § | |

# ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Cobblestone Wireless, LLC ("Plaintiff") and T-Mobile USA, Inc., AT&T Services Inc., AT&T Mobility LLC, AT&T Enterprises, LLC, and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants"), and Intervenors Nokia of America Corporation and Ericsson Inc. (Dkt. No. 222.) In the Motion, the parties represent that the above-captioned cases have all been resolved and request dismissal of Plaintiff's claims for relief against Defendants in the above-captioned cases WITH prejudice.[1] (*Id.* at 2.) The parties request dismissal of Defendants' and Intervenors' claims, defenses, or counterclaims for relief against Plaintiff WITHOUT prejudice. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned cases are **DISMISSED WITH PREJUDICE**,[2] and all claims, defenses, or counterclaims asserted by Defendants and Intervenors against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** all the above-captioned cases as no parties or claims remain.

---

[1] "Solely with respect to Claims in any Licensor Litigation against Designated Licensees that are based upon Third Party Branded Handsets, such Claims will be dismissed without prejudice. All capitalized terms in the foregoing sentence are understood to have the meaning ascribed to them in the respective agreements of the Parties resolving the instant litigations." (Dkt. No. 222 at 2 n.1.)

[2] Subject to the conditions and exceptions in the above footnote.

2

**So ORDERED and SIGNED this 17th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE